

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00118-CV

_____

OLADUNNI J. ABIMBOLA AND OLABAMIJI K. ABIMBOLA, Appellants

V.

SPRING LAKE ESTATES HOMEOWNERS ASSOCIATION, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-339917-23

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On April 17, 2023, and May 3, 2023, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellants paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellants have not done so.[1] *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: May 25, 2023

---

[1]In our letters, we also notified appellants that their docketing statement had not been filed and directed them to file a docketing statement. *See* Tex. R. App. P. 32.1. Appellants have not filed a docketing statement.

[2]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).